United States District Court
Southern District of Texas
FILED

DEC 1 7 2010

David J. Bradley, Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| vs | § | CRIMINAL NO. B-10-1399 |
| JASVIR SINGH | § | |

# INDICTMENT

THE GRAND JURY CHARGES:

## COUNTS ONE to THREE

On or about the dates indicated below, in the Southern District of Texas and within the jurisdiction of the Court, Defendant,

**JASVIR SINGH,**

an alien, against whom a final order of removal is outstanding, and being a member of a class described in Section 1227, of Title 8, United States Code by reason of being present in the United States in violation of Chapter 12 of Title 8, United States Code and any other law of the United States, did wilfully fail and refuse to make a timely application in good faith for travel and other documents necessary to said alien's departure.

| | |
|---|---|
| **COUNT ONE**: | July 29, 2010 |
| **COUNT TWO**: | September 22, 2010 |
| **COUNT THREE**: | November 3, 2010 |

In violation of Title 8, United States Code, Section 1253(a)(1)(B).

A TRUE BILL:

______________________________
FOREPERSON OF THE GRAND JURY

JOSE ANGEL MORENO
UNITED STATES ATTORNEY

Stuart D. Alcorn
Special Assistant United States Attorney